Filing # 146143850 E-Filed 03/22/2022 09:10:05 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
NASSAU COUNTY, FLORIDA

CASE NO:

Timothy Goode,

        **Plaintiff,**

vs.

**State Farm Mutual Automobile Insurance Company,** a foreign profit corporation.

        **Defendant.**

_____/

## COMPLAINT

COMES NOW the Plaintiff, Timothy Goode, by and through his undersigned counsel, and sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter referred to as "STATE FARM"), and alleges:

1. This is an action for damages that exceeds the sum of One Hundred Thousand Dollars ($100,000.00), exclusive of costs, interest and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).Accordingly, Plaintiff has entered "$100,000" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only(the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material to this action, Plaintiff was a natural person residing in Yulee, Nassau County, Florida.

3. At all times material to this action, Defendant, STATE FARM, was a foreign profit corporation authorized to do business and doing business in Nassau County, Florida.

4. On or about February 24, 2021, Plaintiff was the operator of a 2008 Ford Expedition motor vehicle that was traveling on northbound of U.S. Highway 17 at or near Lippizan Court in Nassau County, Florida.

5. At that time and place, an individual named Michael Kyllingstad was operating a 2011 Dodge Nitro motor vehicle that was attempting to turn onto southbound on North U.S. Highway 17 at or near Lippizan Court in Nassau County, Florida.

6. On or about February 24, 2021, at the place described above, Michael Kyllingstad negligently operated or maintained the subject motor vehicle so that it caused a collision with the motor vehicle operated by Plaintiff.

## COUNT I
### (Plaintiff vs. STATE FARM)

7. Plaintiff realleges and reaffirms Paragraphs 1-6 set forth above.

8. Prior to February 24, 2021, Plaintiff purchased an insurance policy from Defendant, STATE FARM, including uninsured/underinsured motorist coverage.

9. At all times material hereto, Plaintiff had uninsured/underinsured motorist coverage with the Defendant, STATE FARM, under the terms and conditions of automobile policy number 11-1727-W87. Attached hereto as "Exhibit B" is the declaration sheet of coverage disclosed by Defendant, STATE FARM. The aforementioned policy is in the possession of Defendant, STATE FARM.

10. As a direct and proximate result of the foregoing negligence, Plaintiff suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the losses in the future.

11. At the time of the aforesaid collision, Michael Kyllingstad was an underinsured motorists, as that term is defined in Plaintiff's policy and at section 627.727, Florida Statutes, and as applicable case law interprets same.

12. STATE FARM is obligated to pay monetary damages to Plaintiff as a result of the permanent injuries Plaintiff sustained in the aforesaid motor vehicle collision.

13. STATE FAR, has refused to honor its obligations to the Plaintiff under the uninsured motor vehicle policy provision of the aforesaid insurance contract.

14. Plaintiff has complied with all conditions precedent to the filing of this action.

15. **WHEREFORE,** Plaintiff demands judgment against Defendant, STATE FARM, for damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

*Intentionally Left Blank.*

Respectfully submitted this 22nd day of March, 2022.

**MORGAN & MORGAN**



**DEVAN HILL, ESQUIRE**
FBN 124428
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone: (904) 398-2722
Facsimile: (904) 366-7677
Attorney for Plaintiff

Providing Insurance and Financial Services
Home Office, Bloomington, IL



& StateFarm

May 8, 2021

Morgan & Morgan
76 S Laura St Ste 1100
Jacksonville FL 32202-5413

State Farm Claims
PO Box 106171
Atlanta GA 30348-6171

RE:  Claim Number:   11-17H2-77P
     Date of Loss:   February 26, 2021
     Our Insured:    Bennett Surveying Inc
     Your Client:    Tim Goode

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number 852014211C on the below listed vehicle for the above date of loss.

    Year: 2008   Make/Model: Ford Expedition

    Vehicle Id Number: 1FMFU20538LA11361

    The name of the insurer:   State Farm Mutual Automobile Insurance Company

    Named Insured(s):   Bennett Surveying Inc

    Coverages:   A 1000/1000/1000,C 50,000,D500,G500,H,R1 80%/1500,U 250/500/100

        A/B - BI/PD Liability (BI per person/BI per accident/PD)
        P - Personal Injury Coverage
        C - Medical Payments Coverage
        D - Comprehensive
        G - Collision
        H - Emergency Road Service
        R - Rental Coverage
        U - Uninsured Motorist - Stacking
        U3 - Uninsured Motorist - Non-Stacking
        S - Death, Dismemberment and Loss of Sight

11-17H2-77P
Page 2
May 8, 2021

The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Jackie Beckerle at (844) 292-8615 Ext. 9726996218.

Sincerely,


Jackie Beckerle
Claim Specialist
(844) 292-8615 Ext. 9726996218
Fax:   (855) 820-6318

State Farm Mutual Automobile Insurance Company

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.