UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMOTHY GOODE,

    Plaintiff,

v.                                                          Case No. 3:22-cv-645-TJC-MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiff's Notice of Dismissal of Defendant, State Farm Mutual Automobile Insurance Co. (Doc. 15), filed on February 27, 2023. The dismissal, signed by counsel for Plaintiff, purports to dismiss the case against State Farm.

Federal Rule of Civil Procedure 41 only allows a plaintiff to unilaterally dismiss a case without court order before the defendant has answered or moved for summary judgment; otherwise, a plaintiff needs a stipulation signed by all parties who have appeared to dismiss the case without court order. FED. R. CIV. P. 41(a)(1)(A). Defendant State Farm filed an answer in this case (Doc. 5), but the dismissal is signed only by Plaintiff's counsel. Thus, if Plaintiff intends to dismiss

the case, Plaintiff needs to file a new notice of dismissal signed by counsel for both parties.

Accordingly, it is hereby

**ORDERED:**

No later than **March 20, 2023**, Plaintiff must file a notice of dismissal signed by counsel for both parties if Plaintiff intends to dismiss the case.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of March, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record